(Post. 02/15/12)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2013

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

United States of America                                        PLAINTIFF

v.                                    No.  4:13MJ2039-JJV

Scott Langley                                                   DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the ✓ hearing or

trial in this case on  11/25/2013  , were returned to me as counsel for
                       *(Date(s))*

Defendant Scott Langley         .
       *(Party Name)*

Exhibits: Defendant 1 & 2 _____

_____

_____

_____

_____


_____
*(Attorney Signature)*

Date:  12/2/13

cc:   Counsel of Record
      File